In The District Court of
The District of Columbia

**FILED**

JAN 31 2006

NANCY MAYER WHITTINGTON, CLERK
PRO. U.S. DISTRICT COURT

Michael Christian #189-9971          CASE NO: F-3778-87
1901 Est. S.E., Washington, D.C                 F-8269-87
Petitioner    20003

CASE NUMBER   1:06CV00170

JUDGE: Paul L. Friedman

VS

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 01/31/2006

D.C. Division Of Corrections
Dept

US. Parole Commission

## Petition For Writ Of Habeas Corpus

Comes Now the petitioner Michael Christian, In
Pro. Se, Respectfully Files this Request For Habeas
Relief. Said petition addresses the depreviation of
Constitutional Rights Regarding how the imposition
of a sentence be carried out. This motion comes
in good Faith. Thus petitioner Request this court
to grant a hearing on the merits.
            (FActs Presented)
(1) Petitioner was sentenced in this court in
Superian Court in Criminal Number F-3778-87
F-8269-87 to a set term, meaning, a start date,
and a ending date;

(2) Irespective of paragraph (1), petitioner was
thereupon placed in the custody (Lawful Custody)
of the U.S. Attorney General;

**RECEIVED**

JAN 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

(3) In 2000, petitioner manitory Release on 1/13/2000 with a Full Term Date of 2/23/05 After serving 13 years on a 5-15 year sentence. Petitioner met before the US Parole Commission For a Revocation proceeding, in 2003, wherein, the Commission (Took) confiscated Approximately (3) years, After being Release on 1/27/05 with a new Full Term Date 10/30/07, Again petitioner met with the US Parole Commission Around 6/1/05, on a revocation Hearing the Commission confiscated (took) approximately (7) months all this of petitioners Street time with a new Full term of 10/28/2008.

(4) The US Parole Commission, Along with Public Defender counsels, in the past and currently have made it a policy and practice to litenally (TAKE) confiscate petitioner, Street time per (Nobel), And project long term Release dates And Full term dates as well,

(5) The US Parole Commission has consistantly taken petitioners street time on prior, and current violations taking all credits "Adding" Approximately over 4-5 years which violates Ex Post Facto Law and Due Process which automatically triggers infliction of Cruel and Unusual Punishment under the Great United States Constitution.

## Arguments

It is well established Law, Rules and/or Practices, that a defendant must be given credit for times spend in custody on a sentence they are serving. When any court hands down its sentence, the sentence has a start date, unless a warrent is issue to stop sentence for escape.

Petitioner contends that he has always remained in lawful custody of the "US Attorney General, even when placed on Parole and all credit must be given/granted unless a warrent was issued to stop petitioners time and escape is the only way time, street time, could be stopped. Assuming Arguendo, a federal judge cannot stop his sentence once executed. What gives the US Parole Commission the power to exceed a Judge. The interpretation of the statute 24-431(a) and 24-206, As applied in this case, and all other cases of revocation aforementioned (per Noble) Nobel vs U.S. Comm. 887F Supp I (ODC 1995), since section 24-206 controls prisoners sentence before April 11, 1987, and 24-431 controls sentences after April 11, 1987, this essentially means that petitioners street time was not legally, lawfully or constitutionally rescinded because legislation granted the time spend on Parole as still custody, (lawful custody). Though sentences may be aggregated, street time cannot be rescinded or it will create a violation of Ex Post Facto violation of Article I section 9, Clause 3, of the Constitution.

(Cont)

Judge Ferrin points out in Nobel 693 A 2d at IIII,
that the legislation has decreed in unambiguous
language that all defendants "shall" Receive credit
For Street time. It is not the courts Role to question
that decision. Also at ...1108" the court even in
good Cause may not impose on words a meaning that
they not bear. US vs Mona Dvetachen Lloyd, F. 391,
395 (S.D. N.Y. 1911) 223 U.S. 512, 32 S, + 244, 56 L. Ed 531.
Whether the cause in the case is good or bad is not
For the court to decide but the words For Section
29-431(a) will not bear the meaning that was intended
the correct Rule of interpretation is that if that
Divers statutes relate to this same thing they
Ought all be taken into consideration Luck T
Supra 617 A 2d at 514.

When Legislature contemplates passing a new
statute, it is careful to search the status book,
or any statue which might overlap the new one
and if it finds any such older status in force it
Repeals it explicitly when passing a new one. This
presumption against implied Repeals is founded
upon doctrine that the Legislature is presumed
to envision the whole body of the Law when it
enacts new Legislature, Sutherland Statutory
Construction, § 23.10 apt 346 (4th Ed 1985)
Edward V. US, 814 F 2d 486, 488 (7th Cir 1987).
In short a... see People Us Sims 138 mich app 127, 195
2d 766 (1972), parole granted, a prisoner shall

(Cont)

be construed simply as a permit, to such prisoner to go without the enclossures of prison, and not as a release. And while so at Large he shall be deemed to be still serving out the sentence imposed upon him by the Court and shall be entitled to credit "street time" the same as if he were confined in prison. The Court is also to take notice of (footnote 10) Nobel 693 a 2d 1084 (DC App (1997) whens in the bill provision was subsequently deleted, "Authorizing" credit for street time spent on Parole.

Respectfully Submitted:

DAted: December 19, 2005

Michael Christian

Michael Christian

181-997    E1A

Central Treatment Facility

1901 E St SE

Washington DC 20003

CC's Please Acknowledge receipt of this Habeas petition and confirm date for scheduling, in the event of a transfer Please Locate me through the Federal Bureau of Prisons.