UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Christian,  )
          )
  Petitioner,  )
          )
  v.       )   Civil Action No. 06 0170
          )
D.C. Division of Corrections, *et al.*,  )
          )
  Respondents.  )

### ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 7 day of ~~January~~ February 2006,

ORDERED that respondent, by counsel, shall, within 45 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on the United States Parole Commission, the United States Attorney for the District of Columbia, the Attorney General for the District of Columbia, and petitioner's warden, who is hereby substituted as the proper respondent.

/s/ Paul L. Friedman
United States District Judge