# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CHRISTIAN, : | |
| Petitioner : | Civil Case No. 06-0170 |
| : | Judge Paul L. Friedman |
| v. : | |
| : | |
| D.C. DIVISION OF CORRECTION, : | |
| U.S. PAROLE COMMISSION, : | |
| Respondents : | |

## ORDER

Upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus, United States Parole Commission's Opposition to the Petitioner's Petition for Habeas Corpus, and, for the reasons stated in the United States Parole Commission's Opposition, it is hereby

**ORDERED** that the show cause order as to the United States is discharged, and that Petitioner's Petition for a Writ of Habeas Corpus is **DENIED**.

**SO ORDERED** this _____ day of _____, 2006.

_____/s/_____
Paul L. Friedman
U. S. District Court Judge

Copies to:

Michael Christian
Fed. Reg. No. 26048-016
FCI Petersburg Medium
Federal Correctional Institution
P.O. Box 90043
Petersburg, VA 23804

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Section
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530