**EXHIBIT A**

Case 1:06-cv-00170-PLF   Document 8-3   Filed 03/23/2006   Page 1 of 2

Form C-2

181-997

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

Case No. 46399-75A-C
Replica 20970-75B,C
ID # 255-910

12/9

CITY OF WASHINGTON ) ss:
DISTRICT OF COLUMBIA )

TO THE ATTORNEY GENERAL OF THE UNITED STATES:

RECEIVE into your custody the body of _MICHAEL D. CHRISTIAN_

herewith sent by this Court, having been convicted of (A) Murder II a/w/p/w/o

(B) MURDER II  (C) CARRYING A PISTOL w/o LICENSE

| Authorized Initials | |
|---|---|
| MCH | Count "B" to be Dismissed at Sentencing<br>is hereby ordered committed under the provisions of Title 18, Section 5010 (e) (Federal Youth Correction Act), United States Code for report to be submitted on or before _3-10-76_ for report & sentence |
| | is hereby committed pursuant to Title 18, Section 5010 (b)(c)(Federal Youth Correction Act) United States Code. |

Therefore, safely keep him-her in your custody until _____ he shall be discharged by due course of law; and for so doing this shall be your sufficient order.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this ___7___ day of _Jan._ A.D., 19_76_

Clerk, Superior Court
of the District of Columbia

By _____
Deputy Clerk

_Goodrich_
JUDGE

EXHIBIT A

(ONLY ONE SECTION MAY BE USED - NO ADJUSTMENTS)

P-4503