**EXHIBIT B**

PB-1A
(Revised 1/74)

# BOARD OF PAROLE
## DISTRICT OF COLUMBIA
## CERTIFICATE OF PAROLE

'78 [  ] 15 PM 2:04

### ADULT

The DISTRICT OF COLUMBIA BOARD OF PAROLE, having been advised that __Michael Christian__ D.C.D.C. __181997__ is eligible to be PAROLED, and it being the opinion of the BOARD OF PAROLE that the above named will remain at liberty without violating the law and that the release of the individual to supervision is not incompatible with the welfare of society, it is ORDERED by the BOARD that the above named be PAROLED on __December 8,__, 19__78__, and that said person remain under supervision within the limits of the __Wash. Metro. Area__ (including the District of Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia; including the cities of Alexandria, Fairfax and Falls Church, Virginia) until __November 24,__, 19__85__; unless or until other action is taken by the District of Columbia BOARD OF PAROLE.

This action is subject to the above named individual's executing said certificate and agreeing to abide by and comply fully with all of the conditions of parole as shown on the reverse side of this CERTIFICATE.

Given under the hands and seal of the BOARD this __16th__ day of __November__, 19__78__.

SPECIAL CONDITION:
   Narcotic surveillance

EXHIBIT
B

_[signatures]_
Edward H. Matst
Salanda V. Whitfield
For ~~SUPERINTENDENT~~ Administrator

The above-named was released on the __8th__ day of __December__, 1978.