# **EXHIBIT C**

8-4880

BOARD OF PAROLE
WASHINGTON, D.C. 20001

# Order



Name __Christian, Michael__

DCDC Number __181-997A__

Institution (or status and PO) __Mod.__

CODE __15C__

The case of the above named person has come to the attention of the Board of Parole with reference to:

☐ Early parole hearing         ☐ Warrant request
☐ Initial parole hearing       ☐ Detainer review
☐ Parole rehearing / IRH       ☐ Personal appearance
☐ Preliminary revocation hearing  ☐ Work release violation
☐ Revocation hearing           ☐ Information

☒ Other: __Disposition of Charges__

REMARKS: __(See Memo to Record)__

RECOMMENDATION OF ANALYST / EXAMINER __Revoke Parole,__
__#7,9, Reconsider July 20, 1989__

---

The Board of Parole has examined the relevant information in this case and hereby orders the following action:

__Revoke Parole (#7,9) Reconsider__
__March 20, 1990__

I.J. WA ER

Date __10/5/88__ _____ District of Columbia Board of Parole:

Chairman
_(signatures)_

---

Reason for the above action (where applicable): _____

_____(N / A date __10/12/88__ by __N_____)

EXHIBIT C