**EXHIBIT C**

8-4880

BOARD OF PAROLE
WASHINGTON, D.C. 20001

# Order



Name __Christian, Michael__

DCDC Number __181-997A__

Institution (or status and PO) __Mod.__

CODE __15C__

The case of the above named person has come to the attention of the Board of Parole with reference to:

- ☐ Early parole hearing
- ☐ Initial parole hearing
- ☐ Parole rehearing / IRH
- ☐ Preliminary revocation hearing
- ☐ Revocation hearing
- ☐ Warrant request
- ☐ Detainer review
- ☐ Personal appearance
- ☐ Work release violation
- ☐ Information

☒ Other: __Disposition of Charges__

REMARKS: __(See Memo to Record)__

RECOMMENDATION OF ANALYST / EXAMINER __Revoke Parole, #7,9, Reconsider July 20, 1989__

The Board of Parole has examined the relevant information in this case and hereby orders the following action:

__Revoke Parole (#7,9) Reconsider March 20, 1990__

KJ WA ER

Date __10/5/88__   District of Columbia Board of Parole:

_Chairman_

Reason for the above action (where applicable): _____

(N / A date __10/12/88__ by __M__)

EXHIBIT C

# **EXHIBIT D**




PB-18
(Revised 10/81)

# BOARD OF PAROLE
# DISTRICT OF COLUMBIA
# CERTIFICATE OF PAROLE

### ADULT
APCS 6554-90

The DISTRICT OF COLUMBIA BOARD OF PAROLE, having been advised that __Christian, Michael__ D.C.D.C. __181-997__ is eligible to be PAROLED, and it being the opinion of the BOARD OF PAROLE that the above-named will remain at liberty without violating the law and that the release of the individual to supervision is not incompatible with the welfare of society, it is ORDERED by the BOARD that the above-named be PAROLED on __March 12__, 19__90__, and that said person remain under supervision within the limits of the __Dept. of Corrections__ ~~including the District of Columbia, Prince Georges and Montgomery Counties of Maryland, Arlington and Fairfax Counties of Virginia including the cities of Alexandria, Fairfax and Falls Church, Virginia~~ until __June 3__, __2003__; unless or until other action is taken by the District of Columbia BOARD OF PAROLE.

This action is subject to the above-named individual's signing an agreement to abide by and comply with all of the conditions of parole as shown on the reverse side of this CERTIFICATE.

Given under the hands and seal of the BOARD this __12th__ day of __March__, 19__90__.

Grant reparole to consecutive sentence.

EXHIBIT D

The above-named was released on the _____ day of _____, 19____

Administrator

If the subject is released prior to June 3, 2003, he is to report to Parole Supervision, 717-14th Street, N. W., Suite 300, Washington, D.C. 20005.

81-P5804