**EXHIBIT E**

```
5H      PAR4I  540*23 *          SENTENCE MONITORING         *      03-20-2006
  PAGE 001         *             COMPUTATION DATA            *      14:09:56
                                 AS OF 03-20-2006
```

REGNO..: 26048-016  NAME: CHRISTIAN, MICHAEL D

```
FBI NO..........: 620290J3            DATE OF BIRTH: ███
ARS1............: PEM/A-DES
UNIT............: B                   QUARTERS.....: B03-014U
DETAINERS.......: NO                  NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 08-13-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 09-23-2006 VIA PRESUM PAR

---------------------CURRENT JUDGMENT/WARRANT NO: 040 ------------------------

```
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F-3778-87/F-8269-87
JUDGE...........................: WALTON
DATE SENTENCED/PROBATION IMPOSED: 05-25-1988
DATE WARRANT ISSUED.............: 07-15-2005
DATE WARRANT EXECUTED...........: 07-26-2005
DATE COMMITTED..................: 01-20-2006
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 656
OFF/CHG: 22-3501(A), INDECENT ACTS ON A MINOR (CT.D)
         22-3501(B), ENTICING A MINOR (CT.E)

```
  SENTENCE PROCEDURE.............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.: 15 YEARS
  NEW SENTENCE IMPOSED...........: 1245 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE................: 02-26-1987
```

G0002       MORE PAGES TO FOLLOW . . .

EXHIBIT
    E

```
5H      PAR41  540*23  *        SENTENCE MONITORING            *    03-20-2006
PAGE 002            *           COMPUTATION DATA               *    14:09:56
                                AS OF 03-20-2006
```

REGNO..: 26048-016 NAME: CHRISTIAN, MICHAEL D

------------------------CURRENT COMPUTATION NO: 040 --------------------------

COMPUTATION 040 WAS LAST UPDATED ON 01-31-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-13-2006 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 040 010

```
DATE COMPUTATION BEGAN..........: 07-26-2005
TOTAL TERM IN EFFECT............: 1245 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS     4 MONTHS     26 DAYS
EARLIEST DATE OF OFFENSE........: 02-26-1987

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 7
TOTAL SGT POSSIBLE..............: 286
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 03-10-2008
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 06-24-2008
EXPIRATION FULL TERM DATE.......: 12-21-2008

PRESUMPTIVE PAROLE DATE.........: 09-23-2006
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

PROJECTED SATISFACTION DATE.....: 09-23-2006
PROJECTED SATISFACTION METHOD...: PRESUM PAR
```

REMARKS.......: RELEASE AUDIT CERTIFIED BY DSCC ON 02-13-2006.




G0002        MORE PAGES TO FOLLOW . . .

```
5H     PAR4I  540*23  *      SENTENCE MONITORING        *     03-20-2006
PAGE 003               *      COMPUTATION DATA           *      14:09:56
                              AS OF 06-01-2005

REGNO..: 26048-016 NAME: CHRISTIAN, MICHAEL D

FBI NO..........:                     DATE OF BIRTH:  ███████ A
ARS1............: PEM/A-DES
UNIT............: B                   QUARTERS.....: B03-014U
DETAINERS.......: NO                  NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 05-15-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  06-01-2005 VIA PAROLE

---------------------PRIOR JUDGMENT/WARRANT NO: 030 ---------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F-3778-87,F-8269-87
JUDGE...........................: WALTON
DATE SENTENCED/PROBATION IMPOSED: 05-25-1988
DATE WARRANT ISSUED.............: 11-10-2004
DATE WARRANT EXECUTED...........: 12-01-2004
DATE COMMITTED..................: 03-09-2005
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

---------------------PRIOR OBLIGATION NO: 010 ---------------------
OFFENSE CODE....: 656
OFF/CHG: 22-3501(A), INDECENT ACTS ON A MINOR (CT.D)
         22-3501(B), ENTICING A MINOR (CT.E)

 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    15 YEARS
 NEW SENTENCE IMPOSED...........: 1428 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 02-26-1987




G0002        MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4I   540*23  *        SENTENCE MONITORING         *    03-20-2006
PAGE 004          *              COMPUTATION DATA            *    14:09:56
                                 AS OF 06-01-2005

REGNO..: 26048-016 NAME: CHRISTIAN, MICHAEL D


------------------------------PRIOR COMPUTATION NO: 030 -------------------------

COMPUTATION 030 WAS LAST UPDATED ON 03-09-2005 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   030 010

DATE COMPUTATION BEGAN..........: 12-01-2004
TOTAL TERM IN EFFECT............: 1428 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS    10 MONTHS    28 DAYS
EARLIEST DATE OF OFFENSE........: 02-26-1987

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 7
TOTAL SGT POSSIBLE..............: 328
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 12-05-2007
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 05-01-2008
EXPIRATION FULL TERM DATE.......: 10-28-2008

PAROLE EFFECTIVE................: 06-01-2005
PAROLE EFF VERIFICATION DATE....: 02-14-2005
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 06-01-2005
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: PEM
ACTUAL SATISFACTION KEYED BY....: MJE

DAYS REMAINING..................: 1245
FINAL PUBLIC LAW DAYS...........: 0

               COMPUTATION CERTIFIED BY DCRC ON 03-15-05




G0002      MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4I  540*23  *        SENTENCE MONITORING         *    03-20-2006
PAGE 005            *           COMPUTATION DATA            *    14:09:56
                                AS OF 12-16-2003
```

REGNO..: 26048-016 NAME: CHRISTIAN, MICHAEL D

```
FBI NO...........: 620290J3              DATE OF BIRTH: ████████
ARS1.............: PEM/A-DES
UNIT.............: B                     QUARTERS.....: B03-014U
DETAINERS........: NO                    NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  12-16-2003 VIA PL RELEASE

------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

```
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F-3778-87,F-8269-87
JUDGE............................: WALTON
DATE SENTENCED/PROBATION IMPOSED: 05-25-1988
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 12-02-2003
HOW COMMITTED....................: PUBLIC LAW-PAROLEE
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:
```

RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 656
OFF/CHG: 22-3501(A), INDECENT ACTS ON A MINOR (CT.D)
         22-3501(B), ENTICING A MINOR (CT.E)

```
  SENTENCE PROCEDURE.............: 4209 PAROLEE IN PRGM WITH DRUG AFT CARE
  SENTENCE IMPOSED/TIME TO SERVE.:    120 DAYS
  DATE OF OFFENSE................: 02-26-1987
```

G0002       MORE PAGES TO FOLLOW . . .

```
5H     PAR4I  540*23  *        SENTENCE MONITORING              *    03-20-2006
PAGE 006              *        COMPUTATION DATA                 *    14:09:56
                               AS OF 12-16-2003

REGNO..: 26048-016 NAME: CHRISTIAN, MICHAEL D


---------------------------PRIOR COMPUTATION NO: 020 ---------------------------

COMPUTATION 020 WAS LAST UPDATED ON 12-03-2003 AT CDC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010

DATE COMPUTATION BEGAN..........: 12-02-2003
TOTAL TERM IN EFFECT............:  120 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    3 MONTHS     29 DAYS
EARLIEST DATE OF OFFENSE........: 02-26-1987

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: N/A
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: 03-30-2004

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: NOT ELIGIBLE

ACTUAL SATISFACTION DATE........: 12-16-2003
ACTUAL SATISFACTION METHOD......: PL RELEASE
ACTUAL SATISFACTION FACILITY....: CDC
ACTUAL SATISFACTION KEYED BY....: PEN

DAYS REMAINING..................: 105
FINAL PUBLIC LAW DAYS...........: 0

                   REMOVED FROM PROGRAM ON 12-16-03.




G0002      MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4I  540*23  *         SENTENCE MONITORING              *   03-20-2006
PAGE 007           *             COMPUTATION DATA                 *   14:09:56
                                 AS OF 12-02-2003

REGNO..: 26048-016 NAME: CHRISTIAN, MICHAEL D


FBI NO..........:                    DATE OF BIRTH:  ███████
ARS1............: PEM/A-DES
UNIT............: B                  QUARTERS.....: B03-014U
DETAINERS.......: NO                 NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 12-02-2003 VIA PAROLE

-----------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER..................: F-3778-87,F-8269-87
JUDGE..........................: WALTON
DATE SENTENCED/PROBATION IMPOSED: 05-25-1988
DATE WARRANT ISSUED.............: 09-12-2002
DATE WARRANT EXECUTED...........: 09-19-2002
DATE COMMITTED..................: 11-04-2002
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:

RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $00.00

--------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 656
OFF/CHG: 22-3501(A), INDECENT ACTS ON A MINOR (CT.D)
         22-3501(B), ENTICING A MINOR (CT.E)
         33-541, ATTEMPTED DISTRIBUTION OF PCP (CT.D)

  SENTENCE PROCEDURE............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:   15 YEARS
  NEW SENTENCE IMPOSED...........: 1868 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE................: 02-26-1987




G0002      MORE PAGES TO FOLLOW . . .
```

```
5H      PAR4I   540*23 *        SENTENCE MONITORING           *     03-20-2006
PAGE 008 OF 008 *               COMPUTATION DATA              *     14:09:56
                                AS OF 12-02-2003

REGNO..: 26048-016 NAME: CHRISTIAN, MICHAEL D


------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-12-2003 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 09-19-2002
TOTAL TERM IN EFFECT............: 1868 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    5 YEARS       1 MONTHS       12 DAYS
EARLIEST DATE OF OFFENSE........: 02-26-1987

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 8
TOTAL SGT POSSIBLE..............: 491
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 06-26-2006
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 05-03-2007
EXPIRATION FULL TERM DATE.......: 10-30-2007

PAROLE EFFECTIVE................: 12-02-2003
PAROLE EFF VERIFICATION DATE....: 11-10-2003
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 12-02-2003
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: RIV
ACTUAL SATISFACTION KEYED BY....: JWW

DAYS REMAINING..................: 1428
FINAL PUBLIC LAW DAYS...........: 0

              COMP RECERTIFIED BY DC RECORDS CENTER ON 11/13/03
              10% DATE 10-20-2003




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```