# **EXHIBIT F**

RECEIVED SEP - 5 2002 US PAROLE COMMISSION

**Court Services and Offender Supervision Agency for the District of Columbia**
*Community Supervision Services*
*Special Supervision Branch*

## REPORT OF ALLEGED VIOLATION(S)

| | | | |
|---|---|---|---|
| TO: | D.C. BOARD OF PAROLE | | |
| FROM: | Paul Edelin | Unit: | Sex Offenders Team #42 |
| | Parole Officer | Telephone: | (202) 585-7493 |
| Client: | Christian, Michael D. | FBI #: | 620290J3 |
| DCDC #: | 181-997 | PDID #: | 255-910 |

Action Recommended:    **Warrant**

**Sentencing Information:**

The client is a 47-year-old Sex Offender, which was sentenced to 40 months to 10 years on 5/25/88 case # F-3778-87D Indecent Acts on a Minor Child, 20 months to 5 years on 5/25/88 case # F-3778-87E Enticing a Minor Child & Attempted Distribution of PCP on 5/25/88 case # F-8269-87D. He was Mandatory Released on 1/13/00, and a Full Term date of 2/23/05.

**Violations:**

**ALLEGATION #1 – ILLEGALLY USED A CONTROLLED DANGEROUS SUBSTANCE**

The Offender illegally used a controlled dangerous substance (**Cocaine**) on or about 8/12 & 8/22/02, as evidenced by his CSOSA drug test results, therefore in violation of parole condition #4.

**ALLEGATION #2 - FAILED TO OBEY ALL LAWS**

The Offender failed to obey all laws, when he was found guilty and convicted of Domestic Assault & Battery (**Charge from July 7, 2002**) in Prince William County, Virginia case # H-42428-01-00, as evidenced by Prince William County, Virginia Arrest Report, therefore in violation of parole condition #9.

**ALLEGATION #3 – NON-COMPLIANCE WITH DRUG TESTING**

The offender failed to make himself available for drug testing on 8/15, 8/26, 8/29/02, and was suspended from drug testing on 8/19/02, as evidenced by his CSOSA's drug test results.

**EXHIBIT F**

*300 Indiana Ave., NW, 2nd Floor, Room 2002, Washington, DC 20001*
*Voice: (202) 585-7493 Fax: (202) 585-1481*

03/20/06  16:19 FAX 301 492 5563     US PAROLE COMMISSION                                    ☒016
Case 1:06-cv-00170-PLF    Document 8-8    Filed 03/23/2006    Page 3 of 3

Court Services and Offender Supervision Agency                                              Page 2

Case Summary:

RE: CHRISTIAN, MICHAEL D.
    DCDC# 181-997

The client is a 47-year-old Sex Offender; Last address of record is #9 Adams Street NW. Washington, D.C. 20001 (202) 667-5626 w/Paul Christian-Father. Last verified on 8/12/02 during an office visit that was conducted with the offender.

In reference to his Special Condition of Narcotic Surveillance, his compliance has been Unsatisfactory. He tested positive for illicit drugs on 8/12 & 8/22/02.

Direct your attention to RAV dated 2/04/02, in which the offender was cited for Failure to obey all laws, when arrested on 1/30/02, and charged with Solicitation case# M-11300-02, on 6/19/02 his Notice of Action stated to continue under supervision, and he shall participate in a In-patient or Out-patient Mental Health Program, with special emphasis on long term Sex Offender testing and treatment. Also direct your attention to RAV dated 7/23/02, in which the offender was cited for Illegally using a controlled dangerous substance, failed to obey all laws and failed to inform his parole officer of his arrest of 7/07/02 in Prince William County Virginia case # H-42428-01-00 (**Domestic Assault & Battery**).

Please be advised that the offender was found guilty & convicted of Domestic Assault & Battery in Prince William County Virginia on 8/19/02, he was sentenced to 10 days with 10 days suspended and required to take an anger management class.

On 8/27/02 the offender's wife, ██████████ called and spoke with SCSO Rosalind C. Leggett, alleged that the offender was using drugs. She expressed concerns of feeling threaten and abused. She was seeking assistance to have the offender removed from the home. She was advised to relocate if possible and to call 911 if in danger.

Recommendation:

The client's adjustment to supervision thus far has been poor, his disregard for his parole conditions make it very difficult to effectively supervise this offender. It's this writer's professional opinion that this offender appears to be threat to him and the community. However in view of the aforementioned allegations, it is highly recommended that an Arrest warrant be issued to address these concerns.

Respectfully Submitted,

Signature: _____                    9/03/02
           Paul L. Edelin-CSO                          Date

Approved By:
Signature: _____                    9/3/02
           Rosalind C. Leggett                         Date
           SCSO Team #42