# **EXHIBIT G**

U.S. Department of Justice                    Notice of Action
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: CHRISTIAN, Michael                      Institution: Philadelphia FDC
                                                           Rivers Correctional Institution
Register Number: 26048-016                    DCDC No.: 181-997

---

In the case of the above named the following parole action was ordered:

Revoke Mandatory Release. None of the time spent on Mandatory Release shall be credited. Continue to a presumptive parole after the service of 13 months (10-18-2003). You shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient / or outpatient), approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination, to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

FINDINGS OF FACT:

The Commission finds as a fact that you violated the condition of release as indicated below:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs.

Charge No. 2 - Failure to Submit to Drug Testing.

Basis: Your admission to the examiner and information contained in CSO Violation Report dated 09-03-2002 with lab reports.

Charge No. 3 - Law Violation - Domestic Violence.

Basis: Your admission and your conviction in Prince William County Court on 08-19-2002 and sentence of 10 days with 10 days suspended.

REASONS:

Your Mandatory Release violation behavior has been rated as Category Two severity because it involved both criminal and administrative violations, specifically: Assault. Your new salient factor score is 4. As of 11-27-2002, you have been in custody for 3 months. Guidelines established by the Commission indicate a customary range of 12-16 months to be served before release. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not found warranted.

EXHIBIT
G

---

Date: December 13, 2002                                              Clerk: adc

BOP-Rivers Correctional Institution    Page 1 of 3                   CHRISTIA.260

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your Supervision Officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

See the attached sheet for an explanation of the Salient Factor Score and your item individual points.



cc:

U.S. Marshal
District of Columbia - District Court
333 Constitution Avenue, N.W.
Room 7337
Washington, D.C. 20001
Attn: Warrant Squad

CSS Management Group
Attn: Sharon Barnes-Durbin, SCSA
300 Indiana Avenue, NW
Second Floor, Suite 2149
Washington, DC 20001

Karen Brown, SDUSM
U.S. Marshal Service
U.S. Courthouse 1106A
Third & Constitution Avenue, N.W.
Washington, DC 20001

Stewart Patchen
Federal Public Defender
Eastern District of Pennsylvania
437 Chestnut Street
Lafayette Building, Suite 800
Philadelphia, PA 19106-2414

Date: December 13, 2002

BOP-Rivers Correctional Institution   Page 2 of 3

Clerk: adc

CHRISTIA.260

| Your Pts | SFS-98 Item Explanations |
|---|---|
| 0 | **A** - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | **B** - Prior commitments of more than 30 days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 3 | **C** - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | **D** - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | **E** - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 1 | **F** - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 4 | Total Salient Factor Score (SFS-98) (sum of points for A-F above) |

Points for SFS-98 Item C

| Age | Prior Commitments |
| --- | --- |
| 26 & Up |  1 |
| 22-25 | 1  0 |
| 20-21 | 0  0 |
| 0-19 | 0  0 |