# **EXHIBIT H**

U.S. Department of Justice
United States Parole Commission

CERTIFICATE OF PAROLE
District of Columbia Offender

Know All Men By These Presents:

It having been made to appear to the United States Parole Commission that Christian, Michael, Register No. 26048-016, (DCDC No. 181-997), is eligible to be paroled, and that there is a reasonable probability that the prisoner will live and remain at liberty without violating the law, and that his release is not incompatible with the welfare of society, it is ORDERED by the said United States Parole Commission that said prisoner be paroled on December 2, 2003, and that said prisoner is to reside within the District of Columbia and to remain within the limits of the Washington, D.C. Metropolitan Area (including the District of Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax, and Falls Church, Virginia) until midnight October 30, 2007.

Given under the hands and the seal of the United States Parole Commission on November 26, 2003.

UNITED STATES PAROLE COMMISSION

By: Joann L. Kelley, Case Analyst

Docket/Case Number:
Initial Risk Category: SFS-
Acknowledgement of Release Conditions:
I have read, or had read to me, the conditions of release printed on the attached Conditions of Release form and received a copy thereof. I fully understand them and know that if I violate any, I may be recommitted.

Consent to the Disclosure of Drug/Alcohol Treatment Information:
By signing this Parole Certificate, I consent to the unrestricted communication between any treatment facility administering a drug or alcoholic treatment program in which I am, or will be participating, and the Parole Supervision Services Division of the District of Columbia Board of Parole. I further consent to the disclosure by such facility to the Parole Supervision Services Division of any information requested, and the redisclosure of such information to any agencies that require it for the performance of their official duties. This consent shall be irrevocable until the termination of parole supervision.

| Name | DCDC No. |
|------|----------|
| Witnessed: J. Perkerson / Case Manager | 11/26/03 |
| Name and Title | Date |

The above-named person was released on the 2 day of December, 20 03 with a total of 1428 days remaining to be served.

EXHIBIT
H

Queued: 11-26-2003 13:20:53 BOP-Rivers Correctional Institution |