# **EXHIBIT I**

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

**Notice of Action**

---

Name: CHRISTIAN, Michael
Register Number: 26048-016
DCDC No: 181-997

Institution: D.C.-CTF

Date: February 14, 2005

As a result of the hearing conducted on January 27, 2005, the following action was ordered:

### DC Local Revocation:

Revoke parole. None of the time spent on parole shall be credited. Re-parole effective June 1, 2005 after the service of 6 months.

NOTE: Pursuant to 28 C.F.R. §2.82, your parole effective date is contingent upon approval of your release plan by the Commission. Your release plan will be investigated by the D.C. Court Services and Offender Supervision Agency (CSOSA), which will submit a report to the Commission before a parole certificate can be delivered.

You shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

In addition, you shall be subject to the Special Sex Offender Aftercare Condition. You shall participate in an in-patient or out-patient mental health program as directed by your Supervision Officer, with special emphasis on long-term sex offender testing and treatment. You are expected to acknowledge your need for treatment and to participate in good faith in achieving the program goals that will be established for you.

### FINDINGS OF FACT:

The Commission finds as a fact that you violated conditions of release as charged as indicated below:

Charge No. 1 - Failure to Submit to Drug Testing

Basis for the above stated finding(s): Your admission.

Charge No. 2 - Use of Dangerous and Habit Forming Drugs

Basis for the above stated finding(s): Your admission.

Charge No. 4 - Violation of Special Condition (Sex Aftercare)

Basis for the above stated finding(s): The testimony of CSO Gilliam at the hearing.

EXHIBIT I

---

Christian 26048-016                          -1-                          Clerk: ADC
Queued: 02-14-2005 14:36:25 BOP-D.C.-Correctional Treatment Facility | USM-District of Columbia - District Court, D.C.
District Court | FPD-District of Columbia, District of Columbia - DC |

**REASONS:**

Your parole violation behavior has been rated as administrative violation(s) of Category One severity. Your salient factor score is 3. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. As of January 30, 2005, you have been in confinement as a result of your violation behavior for a total of 2 month(s). Guidelines established by the Commission indicate a customary range of 12-16 months to be served before release. After review of all relevant factors and information, a decision below the guidelines is warranted because the following circumstances are present: You were sanctioned by CSOSA on 10-04-2004. Since that time, you have complied religiously with the terms of the sanction. You entered into a Substance Abuse Program sponsored by the Veterans Administration called SARP, Substance Abuse Rehabilitation Program. You remained in that program from 10-06-2004 through 11-30-2004, the day before the Warrant was executed. No opportunity was provided to see whether or not the sanctions would be effective in curtailing your drug use and in securing your full compliance to the demands of supervision.

THE ABOVE DECISION IS APPEALABLE.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   U.S. Marshals Service
      District of Columbia - District Court
      333 Constitution Ave., N.W., Rm 1400
      Washington, D.C. 20001
      Attn: Karen Brown

      D. Ritter
      Public Defender Service
      District of Columbia
      Special Proceedings Division
      633 Indiana Avenue, N.W.
      Washington, D.C. 20004

      CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001

## SALIENT FACTOR SCORE (SFS-98)

| Your Pts. | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 0 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 2 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 0 | D - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 1 | F - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 3 | Salient Factor Score (SFS-98) (sum of points for A-F above) |

Point Box for Item C

| Age | Prior Commitments | | |
|---|---|---|---|
| 26 & Up | | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |