**EXHIBIT M**

Date: July 27, 2005

# FYI     FYI     FYI     FYI     FYI

TO:   UNITED STATE PAROLE COMMISSION
      Chevy Chase, Maryland 20815

FM:   UNITED STATES MARSHAL SERVICE
      Washington, DC 20001

RE:   Warrant Executed

Subject: CHRISTIAN, Michael
Registration NO: 26048-016
DCDC: 181-997
PDID: 225-910

The above reference subject was processed on July 26, 2005, by the USMS District of COLUMBIA as a Parole Violator. He was committed to the D.C. Department of Corrections and is in D.C. Jail awaiting further action by the United States Parole Commission.

RB/yrs

EXHIBIT
M