# **EXHIBIT N**




## D.C. PROBABLE CAUSE HEARING DIGEST

Name.............................: **Christian, Michael**          Date Warrant Executed.: __7·20·05__

Reg. No. ......................: **26048-016**              Hearing Date .........: __@ 2:05 cont__

Type of Release ............: **Parole**               Examiner................: __SKVORC__

Full Term Date When Warrant Issued..: October 28, 2008      Supervision Officer: **Eric Olson**

**Attorney at Probable Cause Hearing:**

[ ✓ ] PDS      [ ] Other      [ ] None

Name __Gonzales__

Address _____

_____

Phone _____

**Attorney Representing Subject at Revocation Hearing:**

[ ✓ ] PDS      [ ] Other      [ ] Unknown

Name __Asher__

Address _____

_____

Phone _____

### I. Items Advised *(Check that the subject has been advised of the following two rights)*:

[ ✓ ] Advised of Right to a Probable Cause Hearing   [ ✓ ] Advised of Right to Attorney

### II. Reason For Not Conducting Probable Cause Hearing
*(If Probable Cause Hearing not conducted, indicate the reason):*

[ ] Postponed to Next Docket *(If so, provide reason for postponement and omit rest of form.)*

    [ ] At Request of Attorney/Prisoner      [ ] Prisoner Unavailable

    [ ] Other Reason: _____

[ ] Combined Probable Cause/Revocation Scheduled *(If so, skip to VI, Revocation Hearing.)*

EXHIBIT
N

## III. Review of Charges:

**Charge No. 1 - Failure to Submit to Drug Testing**

[ ✓] ADMITS          [ ] DENIES

The Subject's Response:

_____

_____

_____


[ ✓] **Probable Cause Found.** After considering the violation report dated 7/11/2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

_____

_____

_____

_____

[ ] No Probable Cause Found

---

**Charge No. 2 - Use of Dangerous and Habit Forming Drugs**

[ ✓] ADMITS          [ ] DENIES

The Subject's Response:

_____

_____

_____

[ ✓] **Probable Cause Found.** After considering the violation report dated 7/11/2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 2. Additional reasons for probable cause finding:

Christian, Michael
Reg. No. 26048-016    DCDC No. 181-997

[ ] No Probable Cause Found

**Charge No. 3 - Failure to Report to Supervising Officer as Directed**

[ ✓ ] ADMITS    [ ] DENIES

The Subject's Response:

[ ✓ ] **Probable Cause Found.** After considering the violation report dated 7/11/2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 3. Additional reasons for probable cause finding:

[ ] No Probable Cause Found

**Charge No. 4 - Violation of Special Condition (Drug Aftercare).**

[ ✓ ] ADMITS    [ ] DENIES

The Subject's Response:

Christian, Michael
Reg. No. 26048-016    DCDC No. 181-997

[ ✓ ] **Probable Cause Found.** After considering the violation report dated 7/11/2005, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 4. Additional reasons for probable cause finding:

[ ] **No Probable Cause Found**

### IV. Additional Charges:

### V. Outcome of Probable Cause Hearing:

[ ✓ ] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

[ ] **No Probable Cause Found** for any charge. **Discharge from Custody** immediately and

    [ ] **Reinstate** to Supervision or [ ] **Close Case** *(If expiration date has passed)*

[ ] **Probable Cause Found** on one or more charges. Recommend **Reinstate to Supervision** and

    [ ] **Summon** to revocation hearing or [ ] **Terminate** revocation proceedings

Reason for Release/Summons: _____

Christian, Michael
Reg. No. 26048-016    DCDC No. 181-997




## VI. Principal Adverse Witnesses Identified by the Commission:

Note to Subject: This is the time to request the attendance of an adverse witness (including an adverse witness identified by the Commission or an examiner on this form). Your failure to make a request for the attendance of any adverse witness is a waiver of your opportunity to confront and cross-examine that witness at a revocation hearing.

Supervision Officer
Name: Community Supervision Officer Eric Olson
Status: ____Approved          ____Not Approved          ____Pending Further Review

## VII. Adverse Witnesses Requested by Subject:

Name: _____
Address: _____
Phone No. _____
Status: [ ] Denied at PC Hearing     [ ] Approved at PC Hearing     [ ] Pending Further Review
Reason for Denial: _____

Name: _____
Address: _____
Phone No. _____
Status: [ ] Denied at PC Hearing     [ ] Approved at PC Hearing     [ ] Pending Further Review
Reason for Denial: _____

Name: _____
Address: _____
Phone No. _____
Status: [ ] Denied at PC Hearing     [ ] Approved at PC Hearing     [ ] Pending Further Review
Reason for Denial: _____

 

## VIII. Adverse Witnesses Identified by Examiner But Not Requested by Subject:

Name: _____

Address: _____

Phone No. _____

Reason for Denial: _____

_____

_____


Name: _____

Address: _____

Phone No. _____

Reason for Denial: _____

_____

_____

Christian, Michael
Reg. No. 26048-016    DCDC No. 181-997

## IX. Revocation Hearing:

[ ] Local Revocation or      [ ] Combined Probable Cause/Local Revocation on:

Location: [ ] CTF   [ ] DC Jail   Date:_____   Time: [ ] am   [ ] pm

[ ] Other at _____

_____

[✓] Recommend institutional revocation hearing upon transfer to a federal institution.

Note: A continuance must be requested in writing. You may submit your requests via e-mail. E-Mail Address: continue.hearing@usdoj.gov

May Qualify for an Expedited Offer:   [ ] No   [✓] Yes   (If yes, please have releasee sign below)

If the Commission approves a proposal of expedited revocation, I waive the 20-day waiting period for the submission of comments.      [ ] No   [✓] Yes

_____     _____
         Attorney/Prisoner                              8/2/05  Date

Additional Text:

_____     _____
              Examiner                                  8/2/05  Date

Disclosure Documents: Warrant dated 7/14/2005, Warrant Application dated 7/14/2005, Violation Report dated 7/11/2005 with attachments, Parole Certificate dated 5/25/2005, Pre-Sentence Report

I acknowledge having received the above disclosure documents and a copy of this document.

_____     _____
         Attorney/Prisoner                              8/2/05  Date

Christian, Michael
Reg. No. 26048-016   DCDC No. 181-997