**EXHIBIT O**

# Response To Expedited Revocation Proposal

| Name: CHRISTIAN, MICHAEL | Reg No: 26048-016 | DCDC No: 181-997 |

## PROPOSED DECISION

Revoke Parole; None of the time spent on Parole shall be credited. Continue to Presumptive Parole on 09/23/2006 after the service of 14 months.

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions that requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not warranted.

[X] I accept the above-proposed decision of the U.S. Parole Commission. By accepting this decision, I understand that I am accepting responsibility for my conduct, waiving my right to a revocation hearing, and waiving my right to appeal the decision.

[ ] I decline the U.S. Parole Commission revocation proposal. I wish to have an in-person revocation hearing.

[ ] I wish to request a 14-day extension to consider this proposal.

_Michael Christian_   11/28/05  
Signature   Date

_[signature]_   11-28-05  
Witness   Date

EXHIBIT O

Expedited Revocation Proposal CHRISTIAN MICHAEL 26048-016