# **EXHIBIT P**

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201  

Notice of Action

| | |
|---|---|
| Name: CHRISTIAN, Michael<br>Register Number: 26048-016<br>DCDC No: 181-997 | Institution: D.C. Correctional Treatment Facility<br><br>Date:    December 8, 2005 |

## DC EXPEDITED REVOCATION

The Commission has ordered the following action pursuant to your acceptance of the Expedited Revocation Proposal you signed on 11/28/2005:

Revoke Parole; None of the time spent on Parole shall be credited. Continue to Presumptive Parole on 09/23/2006 after the service of 14 months.

This presumptive parole date is conditioned upon your maintaining good institutional conduct and the development of a suitable release plan. The Commission will conduct a pre-release record review up to 9 months prior to the presumptive parole date to ascertain that these conditions have been fulfilled. In order to complete this review, the Case Manager should submit an updated Progress Report to the Commission 10 months prior to the presumptive parole date. If there have been Disciplinary Reports since the Commission's last review, they should be attached to the Progress Report for the Commission's consideration. If the Commission has requested that a current psychological or psychiatric report be prepared for this review, it also should be attached.

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions that requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

## FINDINGS OF FACT:

The Commission has found that you violated the following condition(s) of release:

Charge No. 1 - Failure to Submit to Drug Testing.

Charge No. 2 - Use of Dangerous and Habit Forming Drugs.

Charge No. 3 - Failure to Report to Supervising Officer as Directed.

Charge No. 4 - Violation of Special Condition (Drug Aftercare).

EXHIBIT  
D

## REASONS:

Your violation behavior has been rated Category One severity because it involved Administrative offenses. Your salient factor score is 2 (see attached sheet). You have been in DC confinement as a result of your behavior for a total of 3 month(s) as of 10/24/2005. Guidelines established by Commission indicate

CHRISTIAN 26048-016    -1-    Clerk: OMG  
Queued: 12-08-2005 12:01:24 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USPC-Mental Health/Sex Offender-Team 42, 300 Indiana Avenue | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |


a range of 12 - 16 months to be served. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not warranted.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.



# SALIENT FACTOR SCORE (SFS-98)

Name: CHRISTIAN, MICHAEL            Reg No: 26048-016            DCDC No: 181-997

| Items | | Rules, Scores and Explanations |
|---|---|---|
| A | Rule: | Prior convictions/adjudications (adult or juvenile) <br> None = 3; One = 2; Two or three = 1; Four or more = 0 |
| | Score: | SFS Item A = 0 |
| | Explanation: | Subject has 7 prior convictions/adjudication |

| Date | Offense | Disposition |
|---|---|---|
| 03/19/1974 | Theft | On 7/12/74, sentenced to 2 years probation (1-0). |
| 03/23/1975 | Murder II, CPWOL | On 3/10/76, sentenced to 3-20 years (2-1). Paroled 9/11/86. Revoked 10/05/88; re-paroled, 9/12/90 to consecutive sentence (2-2). |
| 05/13/1981 | Destruction of Property | 90 days ESS, 90 days probation on 6/05/81 (3-2). |
| 08/07/1984 | Unlawful Entry | Sentenced to 6 months (4-2). |
| 01/18/1985 | Theft | Sentenced to 25 days, suspended (5-2). |
| 02/26/1987 | Indecent Acts on A Minor, Enticing A Child | Sentenced to 5-15 years on 3/12/90 (6-3). |
| 07/18/1987 | UCSA-Distribution of PCP | On 5/25/88, sentenced to 3-9 years concurrent to any other charge (7-3). MR'd on 1/13/00. Revoked on 12/13/02; re-paroled on 10/18/03 (7-4). Revoked on 2/14/05; re-paroled on 6/01/05 (7-5). |

| B | Rule: | Prior commitments of more than thirty days (adult or juvenile) <br> None = 2; One or two = 1; Three or more = 0 |
|---|---|---|
| | Score: | SFS Item B = 0 |
| | Explanation: | Subject has 5 commitments of more than 30 days that were imposed prior to the last overt act of the current offense. |

**C    Rule:**    Age at current offense/prior commitments

    **26 years or more**      +3 or less prior commitments = 3
                              +4 prior commitments         = 2
                              +5 or more commitments       = 1

    **22-25 years**           +3 or less prior commitments = 2
                              +4 prior commitments         = 1
                              +5 or more commitments       = 0

    **20-21 years**           +3 or less prior commitments = 1
                              +4 prior commitments         = 0

    **19 years or less**      any number prior commitments = 0

**Score:** SFS Item C = 1

**Explanation:** Subject was 50 years old at the commencement of the current offense and had 5 prior commitments.

**D    Rule:** Recent Commitment Free Period (Three Years). No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1. Otherwise = 0

**Score:** SFS Item D = 0

**Explanation:** 06/06/2005 Date of Current Offense. 06/01/2005 Release to the Community from last commitment.

**E    Rule:** Probation/Parole/Supervised Release/Confinement/Escape Status Violator. Neither on probation, parole, confinement, or escape status at the time of the current offense, nor committed as a probation, parole, confinement or escape status violator this time = 1. Otherwise = 0.

**Score:** SFS Item E = 0

**Explanation:** Subject is a parole status violator.

**F    Rule:** Older Offenders
    If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

**Score:** SFS Item F = 1

**Explanation:** Sum of Items A-E = 1 and the offender was 50 years old at the commencement of the current offense.

    2 =    **TOTAL SALIENT FACTOR SCORE**

---

CHRISTIAN 26048-016                    -4-                    Clerk  OMG
Queued: 12-08-2005 12:01:24 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USPO-Mental Health/Sex Offender-Team 42, 300 Indiana Avenue | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |



Cc:   CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2149
      Washington, D.C. 20001

      D.C. Federal Billing Unit
      D.C. Department of Corrections
      Washington, D.C. 20003

      Eric Olson
      Mental Health/Sex Offender-Team 42
      CSOSA
      300 Indiana Avenue, N.W., Rm 2031A
      Washington, D.C. 20001

      Mona Asiner
      Public Defender Service
      District of Columbia
      Special Proceedings Division
      633 Indiana Avenue, N.W.
      Washington, D.C. 20004

      U.S. Marshals Service
      District of Columbia District Court
      333 Constitution Ave., N.W., Room 1400
      Washington, D.C. 20001
      Warrants - Attn: Sean McLeod

