UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CHRISTIAN, : | |
|     Petitioner : | |
| : | Civil Action No. 06-00170 (PLF) |
| v. : | |
| : | |
| D.C. DIVISION OF CORRECTIONS., : | |
| U.S. PAROLE COMMISSION, : | |
|     Respondents : | |

NOTICE OF APPEARANCE

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

                                            Respectfully submitted,

                                            KENNETH L. WAINSTEIN
                                            United States Attorney
                                            D.C. Bar Number 451-058

                                            _____/s/_____
                                            ROBERT D. OKUN
                                            Assistant United States Attorney
                                            Chief, Special Proceedings Section
                                            D.C. Bar Number 457-078

                                            _____/s/_____
                                            SHERRI L. BERTHRONG
                                            Assistant United States Attorney
                                            D.C. Bar No. 249-136
                                            Sherri.Berthrong@usdoj.gov
                                            Special Proceedings Section
                                            555 4th Street, N.W., Room 10-450
                                            Washington, D.C. 20530
                                            (202) 514-6948

-2-

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Michael Christian, Fed. Reg. No. 26048-016, FCI Petersburg Medium, Federal Correctional Institution, P.O. Box 90043, Petersburg, VA 23804, this 23rd day of March, 2006.

                                                  _____/s/_____
                                                  Sherri L. Berthrong
                                                  Assistant United States Attorney