UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CHRISTIAN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 06-0170 |
| D.C. DIVISION OF CORRECTION, *et al.*, | ) |
| Respondents. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RESPONDENT DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS'[1] RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Respondent District of Columbia Department of Corrections, by and through counsel, hereby responds to the Court's Order to Show Cause, and states as follows.

### I. PRELIMINARY STATEMENT

On January 31, 2006, petitioner filed a writ of habeas corpus against the D.C. Division of Correction and the U.S. Parole Commission alleging that the U.S. Parole Commission, along with the Public Defender's counsel has made it a policy and practice to take petitioner's "street time." He avers that he is owed credit for "street time." *See* Petition, generally. For the following reasons, the Court's Order to Show Cause should be dismissed as to respondent District of Columbia Department of Corrections.

### II. ARGUMENT

Petitioner has identified the D.C. Department of Corrections as a party respondent. However, the proper party to respond to a habeas petition is the inmate's warden who has custody and control over the inmate. *See United States v. Wardell Crockett,* 861 A.2d 604 (D.C. 2004).

---

[1] There is no D.C. Division of Correction. This defendant assumes that Petitioner is referring to the District of Columbia Department of Corrections.

1

Petitioner is currently an inmate at the Petersburg Med FCI in Petersburg, Virginia. See United States Parole Commission's Response to Petition for Habeas Corpus filed in this action on March 23, 2006, at Docket Entry # 8.  Because the D.C. Department of Corrections is not petitioner's warden, and cannot provide petitioner with the relief requested, it should summarily be discharged as a party respondent.

Under the National Capital Revitalization and Self-Government Improvement Act of 1997, Pub. L. 105-33, 111 Stat. 251, 734, the United States Congress transferred responsibility for the imprisonment of D.C. felons from the District of Columbia to the United States, and also transferred the parole authority for such felons from the D.C. Board of Parole to the U.S. Parole Commission. *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003).  The effective date of this change was August 5, 1997.  *See* D.C. Official Code § 24-131.  Because petitioner's remedy may only be provided by the United States Parole Commission, who has already been identified by petitioner as a respondent in this matter, respondent District of Columbia Department of Corrections defers to the United States Parole Commission, and seeks dismissal of the Order to Show Cause against it.

### III. CONCLUSION

The Department of Corrections is not the proper party respondent, and does not have authority to re-calculate petitioner's sentence. Accordingly, for the reasons set forth above, this Court's Order to Show Cause should be dismissed with prejudice as to respondent District of Columbia Department of Corrections.

                                                Respectfully submitted,

                                                ROBERT J. SPAGNOLETTI
                                                Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV


_____/s/_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Respondent District of Columbia Department of Corrections' Memorandum of Points and Authorities in Response to the Court's Order to Show Cause, and proposed Order was mailed, first class, postage prepaid, this 24th day of March 2006, to:

Mr. Michael D. Christian, # 26048-016
FCI Petersburg Medium
Federal Correctional Institution
P.O. Box 90043
Petersburg, VA 23804


_____/s/_____
LETICIA L. VALDES
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CHRISTIAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-0170 |
| ) | |
| D.C. DIVISION OF CORRECTION, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

Upon consideration of petitioner's Writ of habeas Corpus, this Court's Order to Show Cause, and respondent District of Columbia Department of Corrections' Response to the Court's Order to Show Cause, it is this _____ day of _____, 2006,

ORDERED: that Petitioner's Writ of Habeas Corpus is denied for the reasons set forth in its response, and it is,

FURTHER ORDERED: that the Court's Order to Show Cause as to respondent District of Columbia Department of Corrections is hereby dismissed with prejudice.

_____
Judge Paul L. Friedman
U.S. District Court

Copies to:

Mr. Michael D. Christian, # 26048-016
FCI Petersburg Medium
Federal Correctional Institution
P.O. Box 90043
Petersburg, VA 23804