United States District Court
For The District of Columbia

Michael Christian
    Petitioner

v.

D.C. Dept of Corrections
U.S. Parole Commission
    Respondents

Civil Action No 06-00170 (PLF)

**RECEIVED**
JUN 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Request For Continuation or 90 day Postponment

As the Petitioner Filing Pro-Se I did not Recieve the Order of March 26, 2006, Advising me of my obligation to respond to the governments opposition to my <u>habeas corpus</u> petition, because I was transfer to Petenburgs Correctional Facility.

Due to the fact that the law library and resources are limited I will need more time to prepare my response. I feel 90 days will be suffient enough time to prepare

I am thanking the courts in this matter in advance for your assistance in this very delicate matter.

Pro-Se
Michael Christian
Michael Christian Bey