United States District Court
For the District of Columbia

| | |
|---|---|
| **Michael Christian** :  | Civil Case No 06-00170 |
| Petitioner  | Honorable Judge |
| : | Paul l. Friedman |
| : | |
| VS | |
| : | |
| U.S. Parole Commission: | |
| D.C. Department of Corrections | |

### Michael Christian Bey opposition to U.S. Parole Commission & D.C. Department of Corrections Responds:

In my instant petition, I challenge my sentence calculation, and further ask the court to calculate my sentence time as compare to time actually spend incarcerated would have satisfied the time required to serve. See Marbury Bey VS Harris PLF No1986. It is evident that I have been in the criminal Justice System much to long and this cycle must end now, Also I am not in no way arguing the fact and requirements of the DC Code 24-406(a) or anything in reference to the United States Parole Comm.'s Vs Noble 693A2d 1085 (DC 1997), nor any of the many cases that the respondents cited in there opposition towards me regarding "US Parole Commission's concerning street time.

### STATEMENTS OF FACTS

In accordance with the information that your have already received, which was not complete. I began serving a sentence of 3-20 years in 1975 as a DC Code Offender. I was parole in 1978; I spend 8 years on parole in DC. Unfortunately I was re-arrested in 1987 and sentence to 5-15 years as a DC Code Offender. The DC Board of Parole also violated me for being re-arrested and given 24 months. Because it was the practice and rules that the DC Board of Parole <u>never</u> took street time from DC Code Offenders. I was mandatory release on January 13, 2000 a place under the jurisdiction of the US Parole Commission against my will or agreement. My trouble begin here, after serving 13 years with a full term date of 2005, I was violated for Technical Violations on 12/13/02. After serving 15 months, I was release 12/02/03 with a new full term date of 10/30/2007 <u>**2 years street time taken.**</u> I was again violated for Technical Violations on 2/14/2005 and receive a new full term date of 10/28/2008, with <u>**2 more years of street time taken**</u>. I was reparoled on June 1, 2005 after serving 6 months. I am now, or may I say have served

RECEIVED

SEP 13 2006

NANCY MAYER ... CLERK

PAGE (2)

A 14 month set-off again for technical violations, which I accepted, an expedited offer and was given an effective date for parole of 9/23/06. With **2 months of street time taken** by the US Parole Commission, which in all amounts to 4 years and 2 months, it seems the US Parole Commission has the power of the Judge and is using it to re-sentence parolee's as suited. I am presently being house in a halfway house located at 1514 8th St., N.W.
Washington D.C.

## ARGUMENT

My case and argument comes before your honorable court as a true American citizen born and naturalize in America, being of a direct Descendant of Moorish-Moroccan Empire. I argue that my Constitutional Rights have been violated. According to the US Constitution of America, Amendment V (1791) Double Jeopardy

No person shall be held to answer for a capital, or otherwise infamous crime, unless on presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or with the militia, when in actual service in time of war or public danger; <u>Nor shall any person be subject for same offense to be twice put in jeopardy of life or limbs:</u>

Stating that because of the violence and assaults and murders that occur in prison, some told and many untold a man's life and limbs is in jeopardy each and every moment he spends incarcerated. The US Parole Commission Violates this constitutional law each and every time that they violated and took away time serve on the street. Parole is indeed a form of serving time, according to Merriam Webster's Collegiate Dictionary (Eleventh Edition) the definition and of Parole states (a conditional release of a prisoner serving an indeterminate or <u>unexpired</u> sentence) being that it is a unexpired sentence my time on parole has to continue running wither I am inside a prison or out, and to continue to add years to my sentence which never expire in the first place is cruel and unusual punishment. Also being that this is true of the Constitution of the United States the US Parole Commission has impermissibly extended my full term time date beyond its original time.

The US Parole Commission also violates Article I of the United States Constitution, which provides that neither Congress nor any state shall pass any Expost Facto Law. See Art I 9,cl3: art I, 10,cl1 by added the super CCE clause to the CCE statue in 1986. It has been settled throughout the history that the Constitution protect a law violates the expost Facto clause if it is (1) retrospective (that is applies to events occurring before enactment) and (2) disadvantage the offender affected by it as by imposing a harsher penalty than a law in effect on the date of offense. <u>Every law that change the punishment, and inflict a greater punishment than the law annexed to the crime when committed is constitutionally impermissible</u> Calder Vs Bull 3 US (3Dell) 386,390 1 Led 648 (1798) See Lindsey V Washington 301,USA 397, 401, 57 Sct 797, 81 Led 1182 (1937) Rooney

PAGE 3

V North Dakota 196 US 319, 325,25 Sct. 264, 49 Led 494 (1905) CF United States V Henson, 159 US app. DC 32 486 F2d 1292, 1305-1306 (1973) en bac)

    Also as view in the United States Court of Appeals Decision, Fletcher V District of Columbia, 391, F 3d 250, that because of the National Capital Revitalization and Self-Government Improvement Act of 1997 transfer responsibility for imprisonment of all felons convicted under the District of Columbia ("D.C.") Code from the city to the Federal Government. The Act also transfer over parole and reparole decisions from the District of Columbia Board of Parole ("Board") to the United States Parole Commission ("Commission"), pursuant to the act, the commission promulgated new federal regulations covering D.C. Code Offenders. The D.C. Board's regulations had been importantly different from the federal parole/reparole regulations. The commission however did not adopt the Board's regulations covering decisions to not take street time from DC Code Offenders. Also in Fletcher which makes it clear that, under Garner Vs Jones, 529 US.244 (2000), the critical question in ex Post Facto challenges to retroactively applied parole/reparole regulations is whether, as a practical matter of prolonging a inmates incarceration. It is of my belief that because of the federal parole regulations, concerning with punishment and recidivism, this has cause me to linger in prison much longer than my sentencing Judge intended for me.

    Also as view in Bouie Vs City of Columbia, 378 US 347, 121 Ed 2d 894, 84 S Ct 1697 (1964) appellant argue that the construction of the GTCA (Good Time Credit Act) in Noble and other cited cases was so unexpected and contrary to the prevailing view that it would offend **DUE PROCESS** to apply the holding of forfeiture of street time retroactively as in Bouie the Supreme Court overturned convictions under a state criminal trespass statue because the state supreme court's "unforeseeable and retroactive expansion of the statue constituted a deprivation of the right of fair warning" guaranteed by **DUE PROCESS.**

    In my conclusion I like to mention that I am not a lawyer, also that I am jobless, and homeless at this time, yet I have the will, and desire to better my life, and to remain clean and sober so that I can remain a productive member of society. I have a full term date of 12/21/2008 with a Statutory Release date of 3/10/08. I am requesting that the courts vacate the remaining of my time on parole, which will give me the opportunity to relocate to where my family lives in Tucson, Arizona; while I was incarcerated I file to have my Parole transfer to Tucson Arizona only to be denied (see attachment). I have a home and a projective job line up. If I am granted this request I can assure this court an end to my incarceration.

    I am thanking you in advance for your consideration and support in this matter.

                                 Michael Christian Bey
                                 Contact # (202) 667-5626
                                 9 Adams St, NW
                                 Washington DC 20001