

**Court Services and Offender Supervision Agency
for the District of Columbia**
*Community Supervision Services
Investigations, Diagnostics, and Evaluations Branch
Transitional Intervention for Parole Supervision (TIPS)
Branch 1 – Team #50*

## REFERRAL NOTICE

### July 26, 2006

**TO:**   New York Ave. Shelter
1355-57 New York Ave. NE
Washington, D.C. 20005

**FROM:**   Daynelle Allison
Community Supervision Officer

| | | |
|---|---|---|
| Name: | Christian, Michael | Telephone: |
| Address: | Homeless | |

**DCDC#:** 181-997     **DOB:** 9/19/54     **SSN:** 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

**Charges:**

**Parole Date:** 9/23/06

The above-named individual is being referred to your agency and is to report on or about:   <u>Upon Release</u>
                                                                                                    Date

**REASON FOR REFERRAL/COMMENTS:**
Instructions:   You are being referred to the New York Ave. Shelter. I contacted William Washington of the New York Ave. Emergency Shelter, who confirmed the program will provide emergency shelter. The New York Ave. Emergency Shelter is located at New York Ave. NE – Washington, DC. The telephone number is (202) 832-2359. The offender's departure time from the institution should allow time for the offender to report to the shelter for intake by 6:30PM. You should report to the shelter once you arrive in this jurisdiction.

Shelter Staff:   Offender Christian is being referred due to having no viable residence. Upon release he will need housing and other transitional services. To assist our Agency in providing follow-up supervision in this matter we would appreciate it if you would complete and return a copy of this form as soon as possible. You may either fax it to the Offender Processing Unit at 202-585-7504 or mail to 300 Indiana Ave., NW, Washington, DC 20001. Your assistance is appreciated.

☐ Reported; the offender was accepted
☐ Reported; the offender was not accepted
☐ Future appointment scheduled for: Date _____
☐ Failed to report

**COMMENTS:**

Signature: *Michael Christian*
'Name of Agency Official'
Telephone:

*800 North Capitol St., NW, Washington, DC 20002
Voice: (202) 442-1509   Fax: (202) 442-1588*

**MAGDELINE E. JENSEN**
*Chief U.S. Probation Officer*
*405 W. Congress, Suite 2400*
*Tucson, Arizona 85701-5022*
*(520) 205-4400*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
PROBATION OFFICE

*Respond to:*
*405 W. Congress*
*Suite 2400*
*Tucson, Arizona 85701-5022*
*(520) 205-4400 (Tel)*
*(520) 205-4429 (Fax)*

*Visit our website at www.azd.uscourts.gov*

April 11, 2006

Mrs. M.D. Walker
Case Manager
Federal Correctional Complex, Peterburg, Medium
P.O. Box 90042
Petersburg, Virginia 23804

Dear Ms. Walker:

**RE:** **Christian, Michael D.**
**Register No: 26058-016**
**Rejection of Transfer Request**

This letter it to advise you Mr. Christian's request for a transfer to the District of Arizona is denied. Although his cousin Bonnie Worthman agreed to allow Mr. Christian to reside with her, Christian's extensive criminal history and failure under supervision override this arrangement. Further, he has no established ties to this area, Ms. Worthman indicates her correspondence with Christian was sporadic at best.

If you have any further questions regarding this matter, please call me at (520) 205-4468.

Sincerely,

Adria Santa Anna
Senior U.S. Probation Officer

# Certificate of Service

I Michael Christian did hand deliver this Responds on September 13, 2006 at 2:30pm To:

Respondent
DC. Division Department of Corrections

Leticia L. Valdes
Assistant Attorney General
441 Fourth St, NW
6th Floor South
Washington DC 20001
202 442-9845

Respondent
US Parole Commission

Sherri Lee Berthrong
US Attorney's Office
555 Fourth Street, NW
Room 10-450
Washington DC 20530

_Michael Christian_
Michael Christian
#9 Adams St NW
Washington DC 20001
Ph# 202 667 5626