UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MICHAEL CHRISTIAN,                  )
                                    )
        Petitioner,                 )
                                    )
    v.                              )   Civil Action No. 06-0170 (PLF)
                                    )
D.C. DIVISION DEPARTMENT            )
OF CORRECTIONS, et al.,             )
                                    )
        Respondents.                )
_____)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the Order to Show Cause [Dkt. No. 3] is DISCHARGED; it is

FURTHER ORDERED that the application for a writ of habeas corpus [Dkt. No. 1] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order. See Rule 4, Fed. R. App. P.

/s/_____
PAUL L. FRIEDMAN
DATE: November 9, 2006        United States District Judge